UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                          CHAPTER 13
                                                CASE:  11-34591 - MER
PETER L. CROWL
RHONDA M. KALIES

        DEBTOR(s).

---

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

---

        The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of the Chapter 13 Plan and as grounds therefor states as follows:

1.      Debtors may not be committing all of their projected disposable income to plan payments. 11 U.S.C. §1325(b)(1)(B). Debtors' Schedules I and J indicate that both debtors are self-employed. Trustee requests that Debtors provide the Trustee with monthly profit and loss statements for Passkey Property Service.

2.      To ensure that the plan meets the best interest of creditors, the Trustee requests documentary support regarding the value of the Crowl Family Trust.

3.      The Trustee reserves the right to amend his objection after the meeting of creditors and to report on the Debtors' payment history at the hearing on his objection.

        WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. Section 1307.

        November 8, 2011

                                Respectfully submitted,

                                /s/    Ellen R. Welner
                                Ellen R. Welner #9239
                                Attorney for the Chapter 13 Trustee
                                4725 S. Monaco St., Ste. 150
                                Denver, CO 80237
                                (720) 398-4444

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above Objection to Confirmation of Chapter 13 Plan was placed in the U.S. Mail, postage prepaid, on ___November 8, 2011___ addressed as follows:

Peter L Crowl
Rhonda M Kalies
4000 W Latonka Rd
Littleton, CO 80123


Kevin D Heupel
2440 Stout St
Denver, CO  80205


/s/    Renee D. Christensen
Chapter 13 Trustee Staff Member