## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:  PETER L. CROWL and

      RHONDA M. KALIES

           Debtors.

Case No. 11-34591-MER

Chapter 13

## MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER
## AND REQUEST FOR ENTRY OF ORDER

On October 19, 2011, the above-referenced debtor(s), Movant, filed a motion or application pursuant to L.B.R. 9013-1 entitled MOTION TO DETERMINE SECURED STATUS **PURSUANT TO 11 U.S.C. § 506.**

Movant hereby certifies that the following is true and correct:

1.      Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on October 19, 2011.

2.      Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on October 19, 2011.

3.      The docket numbers for each of the following relevant documents are:

    a.  the motion and all documents attached thereto and served therewith, (Docket No. 9);
    b.  the notice, (Docket No. 10);
    c.  the certificate of service of the motion and the notice, (Docket No. 11);
    d.  the proposed order, (Docket No. 9); and

4.      No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice, or have been resolved by Docket No. XX.

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Dated this 9th day of November, 2011.

Attorney for the Debtor(s):

Kevin D. Heupel, 30264
Matt Shimanek, 41104
Elizabeth A. Cocat, 42520

Heupel Law, P.C.
2440 Stout Street
Denver, CO  80205
(303) 955-7570
FAX: (866) 397-4768
Kevin@HeupelLaw.com