(COB #242 voMotColl)(02/10)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Michael E. Romero

In re:

Peter Lewis Crowl
Rhonda Mae Kalies

Debtor(s)

Case No.:   11−34591−MER
Chapter:    13

## ORDER GRANTING MOTION FOR VALUATION OF COLLATERAL AND DETERMINATION OF SECURED STATUS

THIS MATTER COMES BEFORE THE COURT on the *Debtor's Motion for Valuation of Collateral and Determination of Secured Status under 11 U.S.C. §506* (the "Motion") (docket no. **9**  )

IT IS HEREBY ORDERED:

1. The Debtor's Motion is GRANTED.

2. The second lien held by GMAC Mortgage on 4000 Latonka Rd, Littleton, CO 80123 is valued at zero ($0) and is entirely unsecured for purposes of the debtor's plan.

3. The creditor will have an unsecured claim in either the amount of the debt as listed in the debtor's schedules or on any allowed proof of claim filed by the creditor (whichever is greater).

4. Upon successful completion of the debtor's plan, the debtor may request an order that the lien is extinguished.

5. If the bankruptcy case is dismissed or converted to a Chapter 7, this Order shall be deemed vacated and the lien shall be reinstated and shall continue in full force and effect as specifically provided by 11 U.S.C. §§ 348(f)(1)(C) and 349(b)(1)(C).

Dated:  11/14/11

BY THE COURT:

s/ Michael E. Romero
United States Bankruptcy Judge