# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re:   PETER L. CROWL and | Case No. 11-34591-MER |
| RHONDA M. KALIES | Chapter 13 |
| Debtor(s). | |

## CERTIFICATE AND MOTION TO DETERMINE NOTICE

**This certificate pertains to the Debtor's chapter 13 plan dated October 18, 2011 at docket no. 2.**

The debtor, by and through counsel, Heupel Law, submits the following certificate pursuant to L.B.R. 3015-1 and states as follows:

1. The debtor filed for chapter 13 relief on **October 18, 2011**. The debtor attended his/her 11 U.S.C. § 341(a) Meeting of Creditors on **November 29, 2011**.

## OBJECTIONS

2. The following objections have been filed to the debtor's plan dated **October 18, 2011**, at docket no. 2**:**

   **Chapter 13 Trustee** – Docket No. **14**

3. The debtor has complied with the "Meet and Confer" requirement of L.B.R. 3015-1. The debtor or counsel has conferred with the attorney for the chapter 13 trustee [and/or the objecting party] regarding the objections to confirmation.

## NO AMENDED PLAN

4. The debtor does not intend to file an amended plan. Debtor has provided the Trustee with the documentation requested. Debtor sent the Trustee, via email, six months of profit and loss statements for Passkey Property Service, as well as supporting documentation regarding the Crowl Family Trust. Debtors believe that the documentation provided should resolve all of the Trustee's objections.

## MOTION TO DETERMINE NOTICE OF AMENDED PLAN

5. **Notice [check the applicable box]:**

   [__] **Notice to all creditors:** The debtor believes notice of the amended plan must be served on the chapter 13 trustee and to all creditors and parties in interest.

[__] **Request to waive or limit notice:** The debtor requests notice of the amended plan be limited or waived for the following reasons.

Not applicable.

6. **Objection Time Period [check applicable box]:**

[__] **Objection Deadline Pursuant to FED. R. BANKR. P. 2002(b):** The debtor believes notice of the amended plan should be for the full objection period set forth in FED. R. BANKR. P. 2002(b).

[__] **Request to Shorten Objection Time Period:** The debtor requests the objection period set forth in FED. R. BANKR. P. 2002(b) be shortened to **XX** days

Not applicable.

Respectfully submitted this 13th day of December, 2011.

            Attorney for the Debtor(s):

            Kevin D. Heupel, 30264
            Matt Shimanek, 41104
            Elizabeth A. Cocat, 42520

            Heupel Law, P.C.
            2440 Stout Street
            Denver, CO 80205
            (303) 955-7570
            FAX: (866) 397-4768
            Info@HeupelLaw.com

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the Certificate and Motion to Determine Notice was served by placing the same in the United States Mail, first class postage pre-paid, on the above-referenced date to the following:

**Douglas B. Kiel**
Chapter 13 Trustee
4725 S. Monaco St.
Ste. 120
Denver, CO 80237

            /s/ Andrea Browne