**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re:   PETER L. CROWL and<br><br>RHONDA M. KALIES<br><br>         Debtor(s). | Case No. 11-34591-MER<br><br>CHAPTER 13 |

**VERIFICATION OF CONFIRMABLE PLAN**

The debtor(s) moves for the court for an order (1) confirming the chapter 13 plan filed on October 18, 2011, at docket no. 2, and, if applicable, (2) valuing the collateral of secured creditors to be paid through the plan pursuant to 11 U.S.C. § 506.  In support thereof, the debtor verifies the following:

The debtor hereby verifies the following:

(i) the docket number for the applicable plan now pending confirmation is docket no. 2 and the certificate of service filed related to the plan is docket no. 13;

(ii) the debtor is current or substantially current (less than 30 days in arrears) with plan payments to the chapter 13 trustee;

(iii) there were no objections filed, or any objections to plan confirmation have been withdrawn by the objector in writing or otherwise overruled by the court, and the plan may be confirmed without further notice or hearing;

(iv) the debtor has paid all amounts required to be paid under domestic support obligations that became payable after the date of the filing of the petition or the debtor has no domestic support obligations;

(v) the debtor has filed all tax returns required under 11 U.S.C. § 1308;

(vi) all statements in the plan to be confirmed are true and correct and the plan contains sufficient facts to allow confirmation; and

(vii) The debtor (or the court, as applicable) has provided appropriate notice of the plan and any amendments, serving them as required under L.B.R. 3015-1, FED. R. BANKR. P. 2002(b), 9014 and 7004, and 11 U.S.C. § 342(e) and (f), or as otherwise ordered by the court.

WHEREFORE, the debtor requests that the court enter an order confirming the plan.  A proposed order for confirmation in substantial conformity with L.B. Form 3015-1.9 is attached hereto.

Respectfully submitted this 19th day of December, 2011.

Attorney for the Debtor(s):

_____
Kevin D. Heupel, 30264
Matt Shimanek, 41104
Elizabeth A. Cocat, 42520

Heupel Law, P.C.
2440 Stout Street
Denver, CO  80205
(303) 955-7570
FAX: (866) 397-4768
Kevin@HeupelLaw.com

**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the Verification of Confirmable Plan was served by placing the same in the United States Mail, first class postage pre-paid, on the above-referenced date to the following:

Peter Lewis Crowl
4000 West Latonka Rd.
Littleton, CO 80123

/s/ Andrea Browne